UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
LUC BURBON,  **MOTION FOR DEFAULT JUDGMENT**

                Plaintiff,

      -against-  *Civil Action No.:*
                              1:21-cv-1678-EK-RER

NEEDLEPAINT LLC,

                Defendants.
-------------------------------------X

    Plaintiff Luc Burbon hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant Needlepaint LLC on the grounds that said defendant failed to answer or otherwise defend against the complaint.

Dated: New York, New York
          October 5, 2021

                                            THE MARKS LAW FIRM

                                            By:_____
                                            Bradly G. Marks
                                            Attorney for Plaintiff
                                            54 W 40th Street, Suite 1131
                                            New York, NY 10018
                                            T:(646) 770-3775
                                            F: (646) 770- 2639
                                            brad@markslawpc.com

To: NeedlePaint LLC
    2720 South Tejon Street
    Englewood, CO 80110